IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELISSA DORIS FAVRE, #L4003**                                                       **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:10-cv-32-HSO-JMR**

**STATE OF MISSISSIPPI, et al.**                                         **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and hereby is, dismissed with prejudice, as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i). However, any possible claims for habeas corpus relief that Plaintiff may be asserting in this case are dismissed without prejudice.

**IT IS, FURTHER ORDERED** the Clerk is directed to mail Plaintiff a packet of habeas corpus forms for state inmates challenging their imprisonment under 28 U.S.C. § 2254.

**SO ORDERED AND ADJUDGED**, this the 19th day of May, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE